IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRACI A. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-3393-CV-S-SRB |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On July 28, 2015, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed January 5, 2015, [Doc. 5] and the *Brief For Defendant*, filed April 22, 2015, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on July 28, 2015. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

Dated: July 30, 2015

/s/ Stephen R. Bough
STEPHEN R. BOUGH
U. S. DISTRICT JUDGE